No. 224.   DERZEKOS, Respondent, v. LAKETA and wife and another, Appellants.

(Also reported in 212 N. W. 2d 171.)

For the appellants the cause was submitted on the briefs of *Emil Drobac,* attorney, and *Larry J. Barber* of counsel, both of Milwaukee.

For the respondent the cause was submitted on the brief of *Konnak, Constantine & Krohn* of Racine, attorneys, and *John E. Cunningham* of Chicago, Illinois, of counsel.

Order affirmed.